DANIEL G. KNAUSS
United States Attorney
District of Arizona

MICHAEL A. JOHNS
Assistant U.S. Attorney
State Bar no. 3803
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004-4408
Telephone: (602) 514-7566
Facsimile: (602) 514-7760
E-Mail: mike.johns@usdoj.gov
Attorneys for United States

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Jimmy C. Chisum,<br>　　　　Plaintiff,<br>　　v.<br>United States Department of the Interior,<br>　　　　Defendant. | CIV-05-2830-PHX-JAT(**LEAD**)<br><br>**UNITED STATES' RESPONSE TO CHISUM'S MOTION FOR SUMMARY JUDGMENT** |
| Jimmy C. Chisum,<br>　　　　Plaintiff,<br>　　v.<br>United States Department of the Interior, et al.,<br>　　　　Defendants. | CIV-05-3616-PHX-JAT |
| United States of America,<br>　　　　Plaintiff,<br>　　v.<br>Jimmy C. Chisum, et al.,<br>　　　　Defendants. | CIV-06-0770-PHX-JAT |

　　　　This Response to Chisum's Motion for Summary Judgment is being filed because the Electronic Case Filing system does not have a filing category for a single document consisting of both a response and a cross-motion. If this Response was not filed, the docket would not reflect that both a response and a cross-motion were filed. The Court

Case 2:05-cv-02830-JAT   Document 25   Filed 05/29/07   Page 2 of 2

and Chisum are therefore respectfully referred to Defendant's Motion for Summary Judgment, Statement of Facts, and Memorandum, for the response to Chisum's Motion for Summary Judgment.

Respectfully submitted this 29th day of May, 2007.

> DANIEL G. KNAUSS
> United States Attorney
> District of Arizona
>
> *s/Michael A. Johns*
>
> MICHAEL A. JOHNS
> Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2007, I served the attached document by mail, on the following, who are not registered participants of the CM/ECF System:

Jimmy C. Chisum
No. 84388-008
FCI LaTuna
Federal Correctional Institution
P.O. Box 8000
Anthony, TX 88021

*s/S. Guerin*
_____
Office of the U.S. Attorney

2